**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:08-CV-763
DOC.14 2/4/10

Sent To: RANDOM KING 518-691
Street, Apt. No.; or PO Box No.: LECI, P.O. BOX 56
City, State, ZIP+4: LEBANON, OH 45036

7002 3150 0000 8388 1887

PS Form 3800, June 2002 — See Reverse for Instructions